# United States Court of Appeals for the Federal Circuit

---

August 19, 2013

**ERRATA**

---

Appeal No. 2013-1044

**ITOCHU BUILDING PRODUCTS**

**v.**

**UNITED STATES,**

Decided:  August 19, 2013

Precedential Opinion

---

The following change has been made in the opinion released August 19, 2013:

Page 7, footnote 1, lines 6-7, change "See Corus Staal BV v. United States" to -- *See Corus Staal BV v. United States* --.

Page 8, footnote 1, line 2, change "Corus Staal" to -- *Corus Staal* --.

Page 8, footnote 1, line 8, change "Corus Staal" to -- *Corus Staal* --.

Page 8, footnote 1, line 15, change "See also" to -- *See also* --.